UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF JUAN CARLOS ANDRADE
RODRIGUEZ, Executor MARCO ANTIONIO
RODRIGO de la Torre as Representative

        Plaintiff,        CIVIL ACTION NO: 15-CV-13488-DT

v.

UNITED STATES OF AMERICA,

        Defendants.
_____ /

## ORDER OF DISMISSAL

The Court having been advised that the above-entitled action was mistakenly transferred from the Northern District of Ohio to the Eastern District of Michigan. Therefore,

**IT IS ORDERED** that Case No. 15-13488, is dismissed. This matter will remain assigned to this Judge's docket but shall proceed in the Northern District of Ohio at Cleveland.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: October 27, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 27, 2015, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522